UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEGAN KENNEDY, DEBASRI GHOSH,
JANINE ALTONGY, and CARRE ADAMS,

                Plaintiffs,

   -against-

THE CITY OF NEW YORK, JAMES ESSIG,
GERALD DIECKMANN, JOHN COLGAN,
STEPHEN HAMMERMAN, THOMAS
DOEPFNER, KERRY SWEET, RUBY
MARIN-JORDAN, DAVID COHEN, and JOHN
AND JANE DOES,
                Defendants.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

**07 CV 7678 (UA/KMK)**

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF NEW YORK   )

      I, Patricia Choi, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

      On September 4, 2007, I served a copy of the within Summons and Complaint on:

**Michael A. Cardozo**
**Corporation Counsel**
**Law Department**
**The City of New York**
**100 Church St.**
**New York, NY**

by delivering a true copy thereof personally to Madelyn Santana, Docketing Clerk, a person of suitable age and discretion authorized to accept service for the above person at the above location.

                                                                             _/s/ Patricia Choi_
                                                                             Patricia Choi

Sworn to before me this 19th
day of September 2007

_____
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

MEGAN KENNEDY, DEBASRI GHOSH, JANINE ALTONGY, and CARRE ADAMS

**SUMMONS IN A CIVIL ACTION**

V.

THE CITY OF NEW YORK, et al.

CASE NUMBER:

**'07 CIV 7678**

TO: (Name and address of Defendant)

The City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            AUG 2 9 2007

CLERK                                                     DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.