

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RAJU SUNDARAN**
*Assistant Corporation Counsel*
Telephone: 212-788-0467
Facsimile: 212-788-9776
rsundara@law.nyc.gov

September 20, 2007

<u>**VIA HAND DELIVERY**</u>

The Honorable Kenneth M. Karas
United States District Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re: *Kennedy, et al. v. The City of New York, et al.*
**USDC SDNY 07 Civ. 7678 (KMK)**

Dear Judge Karas:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant City of New York. I write with respect to the above-referenced matter, which is an RNC related case before Your Honor. Defendant respectfully requests an extension of time up to and including October 24, 2007 to respond to Plaintiffs' Complaint. Defendant's answer is due on September 24, 2007. This is defendant's first request for an extension of time. Plaintiffs' counsel, Michael Spiegel, has consented to the enlargement request.

If this meets with the Court's approval, would you please "so order" it? Thank you for your time and consideration.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,

Raju Sundaran (RS 8011)

cc: Michael Spiegel, Esq. (via Email)

So Ordered.

/s/ [signature]
9/24/07