UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

MEGAN KENNEDY, *et al.*,

                 Plaintiffs,

      -against-                                    **07 CV 7678 (KMK)**

THE CITY OF NEW YORK, *et al.*,

                 Defendants.

------------------------------------------------------------------------ x

### NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE** that Raju Sundaran hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       September 26, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              *For Defendant The City of New York*

                     By: _____
                            Raju Sundaran (RS 8011)
                            Assistant Corporation Counsel
                            Special Federal Litigation Division
                            100 Church Street, Room 3-310
                            New York, New York 10007
                            Tel: 212.788.0467
                            Fax: 212.788.9776

cc:  All Parties (by ECF)