UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN KENNEDY, DEBASRI GHOSH, JANINE ALTONGY, and CARRE ADAMS, | Index No. : 07 CV 7678 |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| -against- | |
| THE CITY OF NEW YORK, et al. | |
| Defendants. | |

State of New York    )
                             ) ss.:
County of New York )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (NYS license number 1024905), and resides in the State of New Jersey:

    (1)    That on the 6th day of December 2007 at 4:20 p.m., deponent served a summons and complaint in the above-captioned matter upon Gerald Dieckmann at his place of employment, PSA 3, 25 Central Ave., Brooklyn, NY. The documents were accepted and signed for by Sgt. Ozborn (#4285). Sgt. Ozborn is a white male, approximately 55 years old, 210 pounds, 5'7" tall with brown hair.

    (2)    That on the 18th day of December 2007, deponent mailed a true copy of the summons and complaint to Gerald Dieckmann at the same address where he was served. The envelope was marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individual. The

1

envelope was placed in a U.S. mailbox at the post office, located at 6th Ave. and 23rd Street, New York, NY 10011.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 18th day of December 2007

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MEGAN KENNEDY, DEBASRI GHOSH, JANINE ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7678**

TO: (Name and address of Defendant)

Gerald Dieckmann
25 Central Avenue
Brooklyn, NY 11206

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

SJ Osborn 4/285
S CR 1820
12/6/2007

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              AUG 2 9 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.