UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN KENNEDY, DEBASRI GHOSH,          **Index No. :  07 CV 7678**
JANINE ALTONGY, and CARRE ADAMS,

Plaintiffs,

**AFFIDAVIT OF SERVICE**

-against-

THE CITY OF NEW YORK, et al.

Defendants.

State of New York    )
                     ) ss.:
County of New York  )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this

action, is over the age of eighteen years, is an independent process server (NYS license number

1024905), and resides in the State of New Jersey:

(1)    That on the 28th day of November 2007 at 7:20 p.m., deponent served a summons

and complaint in the above-captioned matter upon James Essig at his place of employment,

NYPD 44th Precinct, 2 E. 169th St., Bronx, NY 10452. The documents were accepted and signed

for by Sgt. Blanchard (#110). Sgt. Blanchard is an African-American male, light-skinned,

approximately 40 years old, 200 pounds, 6'2" tall, and bald.

(2)    That on the 18th day of December 2007, deponent mailed a true copies of the

summons and complaint to James Essig to the same address where he was served as identified in

paragraphs (1) above. The envelopes was marked "Personal and Confidential" and without any

indication that communication was from an attorney or concerned any action against the

1

individual. The envelope was placed in a U.S. mailbox at the post office located at 6th Ave. and

23rd Street, New York, NY 10011.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 18th day of December 2007

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

**SUMMONS IN A CIVIL ACTION**

V.
THE CITY OF NEW YORK, et al.

CASE NUMBER:

## '07 CIV 7678

TO: (Name and address of Defendant)
James Essig
2 E. 169th Street
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

SGT. BLANCHARD 44897
SH# 110

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 2 9 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　Signature of Server


_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.