UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MEGAN KENNEDY, DEBASRI GHOSH,                Index No. :  07 CV 7678
JANINE ALTONGY, and CARRE ADAMS,

                        Plaintiffs,

                                             **AFFIDAVIT OF SERVICE**

              -against-

THE CITY OF NEW YORK, et al.

_____
                        Defendants.
_____

State of New York      )
                       ) ss.:
County of New York  )

       Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this

action, is over the age of eighteen years, is an independent process server (NYS license number

1024905), and resides in the State of New Jersey:

       (1)    That on the 9th day of January 2008 at 4:04 p.m., deponent served a summons and

complaint in the above-captioned matter upon defendants Kerry Sweet, Ruby Marin-Jordan, and

Thomas Doepfner at their place of employment, c/o NYPD Legal Bureau, 1 Police Plaza, 14th

floor, New York, NY 10038.  The three sets of documents were accepted and stamped by Evan

Gluck, an attorney with the Legal Bureau. Mr. Gluck is white, approximately 35 years old, 5'9"

tall, 175 pounds and balding.

       (2)    That on the 9th day of January 2008 at 4:00 p.m., deponent served a summons and

complaint in the above-captioned matter upon defendants Cohen at his place of employment, c/o

1 Police Plaza, Room 1109. The documents were accepted and signed for by P.O. Beplet

1

(#27255). P.O. Beplet is a white female, approximately 30 years old, 135 pounds, 5'5" tall with blond/brown hair.

(3)    That on the 9th day of January 2008 at 4:15 p.m., deponent served a summons and complaint in the above-captioned matter upon defendants Colgan at his place of employment, c/o 1 Police Plaza, Room 1109. The documents were accepted and signed for by Det. Afridi. Det. Afridi is a white male, approximately 35 years old, 5'10" tall, 190 pounds with black hair.

(4)    That on the 10th day of January 2008, deponent mailed true copies of the summons and complaint in separate envelopes to defendants Sweet, Marin-Jordan, Doepfner, Colgan and Cohen to the same addresses where they were served as identified in paragraphs (1) - (3) above.  The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individuals.  The envelopes were placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd Street, New York, NY 10011.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 10th day of January 2008

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified In New York County
Commission Expires January 18, 2009

2

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 7678**

TO: (Name and address of Defendant)

Kerry Sweet
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

AUG 2 9 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] |  |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted: _____

_____
_____
_____

☐    Other *(specify):* _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                                      Signature of Server

_____
                                     Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern     District of     New York

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'07 CIV 7678**

TO: (Name and address of Defendant)

Ruby Marin -Jordan
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

*(stamp)* POLICE DEPARTMENT CITY OF NEW YORK 2008 JAN -9 P 0:41

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      AUG 2 9 2007

CLERK      DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
---------------------------------------------------------------------------------------------

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
---------------------------------------------------------------------------------------------

☐  Returned unexecuted: _____
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

☐  Other *(specify):* _____
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                                Signature of Server

                                              _____
                                                Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## '07 CIV 7678

TO: (Name and address of Defendant)

Thomas Doepfner
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          AUG 2 9 2007

CLERK

_____            _____
(By) DEPUTY CLERK                           DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               Date                                        Signature of Server

                                                    _____
                                                    Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern      District of      New York

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## '07 CIV 7678

TO: (Name and address of Defendant)

David Cohen
1 Police Plaza, Rm 1108
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        AUG 2 9 2007

CLERK

(By) DEPUTY CLERK        DATE

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

_____

(1)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

℠AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'07 CIV 7678

TO: (Name and address of Defendant)
John Colgan
1 Police Plaza, Rm 1109
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

Det Affridi
01/09/2008.
1615 hrs.

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 9 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 10/93)  Summons in a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ]  Served personally upon the defendant.  Place where served: _____
_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ]  Returned unexecuted: _____
_____
_____
_____

[ ]  Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                                                          Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.