UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MEGAN KENNEDY, DEBASRI GHOSH,　　　)
JANINE ALTONGY, and CARRE ADAMS,　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiffs,　　　　　　　)　**AFFIDAVIT OF**
　　　　　　　　　　　　　　　　　　　　　)　**SERVICE**
　　　-against-　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
THE CITY OF NEW YORK, JAMES ESSIG,　)　**07 CV 7678 (UA/KMK)**
GERALD DIECKMANN, JOHN COLGAN,　　)
STEPHEN HAMMERMAN, THOMAS　　　　)
DOEPFNER, KERRY SWEET, RUBY　　　　　)
MARIN-JORDAN, DAVID COHEN, and JOHN )
AND JANE DOES,　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　　)
------------------------------------------------------------X

STATE OF NEW YORK　　　　　)
　　　　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　　　 )

　　　　Patricia Choi, being duly sworn, deposes and says that the deponent is not a party to this

action, is over the age of eighteen years, and is employed by Michael L. Spiegel, Esq., with offices

located at 111 Broadway, Suite 1305, New York, New York 10006.

　　　　(1) That on January 17, 2008 at 2:38 pm, deponent served a summons and complaint in the

above-captioned matter upon defendant Stephen Hammerman at his place of employment, c/o

NYPD Legal Bureau, 1 Police Plaza, 14th floor, New York, NY 10038. The set of documents was

accepted and stamped by Eileen Flaherty, an attorney with the Legal Bureau. Ms. Flaherty is white,

5'6" tall, 135 pounds, and has brown hair.

　　　　(2) That on the 17th day of January 2008, deponent mailed true copies of the summons and

complaint to defendant Stephen Hammerman to the same address where he was served as identified

in paragraph (1) above. The envelopes were marked "Personal and Confidential" and without any

indication that communication was from an attorney or concerned any action against the

individuals. The envelopes were placed in a U.S. mailbox at the post office located at

90 Church Street.

Patricia Choi

Sworn to before me this 17 th
day of January , 2008

Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

MEGAN KENNEDY, DEBASRI GHOSH, JANINE
ALTONGY, and CARRE ADAMS

V.

THE CITY OF NEW YORK, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'07 CIV 7678**

TO: (Name and address of Defendant)

Stephen Hammerman
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 29 2007

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                                     Signature of Server

                                     _____
                                     Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.