# EXHIBIT D

Case 1:07-cv-07678-RJS-JCF   Document 23-5   Filed 04/22/2008   Page 2 of 2
Case 1:07-cv-07678-RJS-JCF   Document 22   Filed 04/18/2008   Page 1 of 1
(ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -:
MEGAN KENNEDY, et al.,                 : 07 Civ. 7678 (RJS) (JCF)
                                       :
                 Plaintiffs,           :        O R D E R
                                       :
     - against -                       :
                                       :
THE CITY OF NEW YORK, et al.,          :
                                       :
                 Defendants.           :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Defendants having moved by letter dated March 10, 2008 to dismiss the emotional distress claims of plaintiffs Megan Kennedy and Carre Adams, it is hereby ORDERED that the application is granted; these plaintiffs have declined to produce releases for relevant mental health records.

SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 18, 2008

Copies mailed this date:

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006

Raju Sundaran, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 4/18/08

1